IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01197-WYD
(Criminal Action No. 08-cr-00128-WYD)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PABLO LAMAS,

    Defendant.
_____

**JUDGMENT**
_____

    Pursuant to and in accordance with the Order Denying 28 U.S.C. § 2255 Motion entered by the Honorable Wiley Y. Daniel, the following Judgment is hereby entered:

    It is ORDERED that claim one of the motion pursuant to 28 U.S.C. § 2255 is denied as without merit. It is

    FURTHER ORDERED that claims two and three of the § 2255 motion are denied without prejudice. It is

    FURTHER ORDERED that the § 2255 motion is denied, and the action is dismissed. Each party shall bear his or its own costs and attorney's fees.

    Dated at Denver, Colorado this   27th   day of July 2010.

                                     FOR THE COURT:

                                     GREGORY C. LANGHAM, CLERK

                                     By:  s/ Edward P. Butler
                                          Edward P. Butler, Deputy Clerk